Division, Second Department. October 16, 1908.) Action by Rudolf Maisch against the city of New York. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 111 N. Y. Supp. 645.

MANHARD, Respondent, v. PIERCE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Frank Manhard against V. Mott Pierce. PER CURIAM. Judgment and order affirmed, with costs. SPRING and WILLIAMS, JJ., vote for a reduction of the verdict to the sum of $500.

MANLEY v. MILLIKEN BROS. (Supreme Court, Appellate Division, First Department. Octozer 30, 1908.) Action by Joseph J. Manley against Milliken Bros. No opinion. Motion granted, with $10 costs. Order filed.

In re MARTIN. (Supreme Court, Appellate Division, First Department. October 16, 1908.) In the matter of Mary J. Martin, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 124 App. Div. 793, 109 N. Y. Supp. 217.

MARTIN, Respondent, v. NEUN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Elizabeth J. Martin against Henry P. Neun. PER CURIAM. Judgment and order affirmed, with costs. ROBSON, J., dissents.

MATTHEWS et al., Respondents, v. WHITWORTH, Appellant. (Supreme Cout, Appellate Division, Second Department. October 9, 1908.) Action by James Matthews and another against Lena M. Whitworth. No opinion. Judgment of the Municipal Court affirmed, with costs.

MEHT, Respondent, v. MEHT, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Louis H. Meht against Lena Meht. No opinion. Motion denied, on condition that the defendant perfect her appeal within 15 days and place the cause on the calendar; otherwise, motion granted.

MELSHA, Respondent, v. FELDMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Vincent Melsha against David H. Feldman and others. No opinion. Judgment affirmed, with costs.

MELSHA, Respondent, v. FELDMAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Vincent Melsha against Lizzie Feldman and others. No opinion. Judgment affirmed, with costs.

MENGIS, Respondent, v. LUNDY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Morris C. Mengis against Frederick

Lundy and another. No opinion. Judgment affirmed, with costs.

MERGER, Appellant, v. BATAVIA HOME TELEPHONE CO., Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by John Mercer against the Batavia Home Telephone Company, impleaded with others. PER CURIAM. Judgment affirmed, with costs. KRUSE and ROBSON, JJ., dissent.

MERTENS, Respondent, v. MERTENS, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by Laura E. Mertens individually, etc., against Frederick W. Mertens impleaded with others. A. I. Elkus, for appellant. R. Foster, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MESCALL, Appellant, v. LACKAWANNA STEEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Michael Mescall, as administrator, etc., against the Lackawanna Steel Company. No opinion. Judgment affirmed, with costs.

In re MILES. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) In the matter of the application of Albert B. Miles for a writ of mandamus. PER CURIAM. Order affirmed, with costs, on the opinion of Andrews, J., delivered in the matter of the application of George Knollin for a writ of mandamus, decided at this term of court. 112 N. Y. Supp. 332. SPRING and KRUSE, JJ., dissent.

MILLER, Respondent, v. CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Mary Miller against the city of Buffalo and another. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to dismiss appeal denied. Held, that the defendants did not waive their right to demand a new trial upon appeal to the Supreme Court by their motion for a new trial made in the Municipal Court and there denied. ROBSON, J., dissents.

MILLER, Respondent, v. STAR FIRE INS. CO. OF LOUISVILLE, KY., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Edward Miller against the Star Fire Insurance Company of Louisville, Ky. No opinion. Judgment affirmed, with costs.

MILLS et al., Appellants, v. UNITED STATES PRINTING CO. OF OHIO et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by William F. Mills and another against the United States Printing Company of Ohio and others. No opinion. Judgment